```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 01111
   ROGER LEWIS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

             Debtor
    SSN XXX-XX-2752
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/09/06 and confirmed on 03/31/06.

   2.  The case was dismissed after confirmation, 01/04/2008.

   3.  The Debtor paid a total of $   36135.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONSTAR MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 1646.65 | 764.25 | 1646.65 |
| CHASE BANK | SECURED | 1188.67 | 51.25 | 1188.67 |
| JP MORGAN CHASE BANK | SECURED | 5819.00 | 1364.13 | 5819.00 |
| ROGERS & HOLLAND | SECURED | 1900.94 | 485.56 | 1900.94 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| SHORELINE RESORTS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6710.02 | 571.99 | 2812.58 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 4977.90 | 424.33 | 2086.56 |
| MARSHALL FIELD | UNSECURED | 898.14 | 76.56 | 376.46 |
| NEXTEL COMMUNICATIONS | UNSECURED | 944.58 | 76.64 | 359.31 |
| ORKIN | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 17601.34 | 1500.43 | 7377.81 |
| US BANK | UNSECURED | 327.13 | 27.27 | 123.83 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF BOLINGBROOK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK | UNSECURED | 2674.33 | 227.97 | 1120.99 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 10555.26 | .00 | 34133.44 | .00 | 44688.70 |
| PRINCIPAL PAID | 10555.26 | .00 | 14257.54 | .00 | 24812.80 |
| INTEREST PAID | 2665.19 | .00 | 2905.19 | .00 | 5570.38 |
| TOTAL PAID | 13220.45 | .00 | 17162.73 | .00 | 30383.18 |

The Debtor's attorney, JENNIFER A BLANC                 , was allowed $   4502.00
and was paid $   1000.00  direct and $   2938.69  through the plan.

The Trustee received $   1273.13 .

Refunds to the Debtor totaled $   1540.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


                                    PAGE  2
     CASE NO. 06 B 01111 ROGER LEWIS